People v Lassiter-Warren

2026 NY Slip Op 03000

May 13, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Javen N. Lassiter-Warren, appellant. (S.C.I. No. 70303/24)

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 13, 2026

2024-10470

Lara J. Genovesi, J.P.

Lillian Wan

Carl J. Landicino

Phillip Hom, JJ.

Kelly M. Enderley, Poughkeepsie, NY, for appellant.

Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a judgment of the County Court, Dutchess County (Edward T. McLoughlin, J.), rendered September 4, 2024, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Batista, 167 AD3d 69). The defendant's valid waiver of his right to appeal precludes appellate review of the County Court's discretionary determination to decline to grant him youthful offender treatment (see People v Pacherille, 25 NY3d 1021, 1024; People v Cruz, 243 AD3d 920, 920-921).

GENOVESI, J.P., WAN, LANDICINO and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court